1  Mark J. Jacobs, SBN 208945
   mjacobs@laborlawyers.com
2  Shadie L. Berenji, SBN 235021
   sberenji@laborlawyers.com
3  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone: (949) 851-2424
5  Facsimile:  (949) 851-0152



6  Attorneys for Defendants, CREDIT EXCHANGE CORPORATION, a
7  California corporation and STEVEN VANDERHOOF

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

11  SUSAN KLUSS and JEFF TRICE individually and on behalf of all other persons similarly situated and on behalf of the general public,

   Plaintiff,

   vs.

   CREDIT EXCHANGE CORPORATION, a California corporation, STEVEN VANDERHOOF and DOES 1 through 10, inclusive,

   Defendants.

   Case No. SACV09-00080 CJC (MLGx)
   Assigned to: Hon. Cormac J. Carney
   Room/Fl – 9 B
   Related to SACV09-00776 CJC(MLGx)

   [~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER

   Complaint Filed:  January 20, 2009
   Trial Date:       None

21     After consideration of the Proposed Stipulated Protective Order, the Court
22  hereby adopts and grants the parties Proposed Stipulated Protective Order based
23  on the following findings of fact:
24     The parties stipulated to a protective order on the grounds that the nature of
25  the information at issue in this particular case requires that it not be introduced
26  into the public domain because of the confidential nature of such information.
27  The parties further stipulated that the disclosure and discovery activity in this
28  action are likely to involve production of confidential, proprietary, or private

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER
Irvine 589383.1

1 information for which special protection from public disclosure and from use for
2 any purpose other than prosecuting this litigation would be warranted.
3 Specifically, the documents and evidence involve private third party information;
4 the disclosure of which may constitute an invasion of privacy if it is introduced
5 into the public domain. Therefore, the parties stipulated that the confidentiality of
6 this information must be protected, and the dissemination of this information
7 must be limited.

9 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

10 DATED: 10/19, 2009

Judge of the United States District
Court, Central District of California

**MARC L. GOLDMAN
U. S. MAGISTRATE JUDGE**

---

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

Irvine 589383.1